STATE, *ex rel.* HARDWARE MUTUAL CASUALTY COMPANY, HARDWARE DEALERS MUTUAL FIRE INSURANCE COMPANY, HARDWARE MUTUAL FIRE INSURANCE COMPANY OF MINNESOTA, and MINNESOTA IMPLEMENT MUTUAL FIRE INSURANCE COMPANY, v. W. V. KNOTT, State Treasurer and Insurance Commissioner.

185 So. 927.

Opinion Filed December 27, 1938.

*Guyte P. McCord, Nichols S. Keifer* and *Walter F. Dodd,* for Relators.

*Cary D. Landis,* Attorney General, *Tyrus A. Norwood,* Assistant Attorney General, and *Waller & Meginniss,* for Respondent.

TERRELL, C. J.,—The record and the briefs in this cause have been examined and the issues raised found to be substantially the same as those raised and adjudicated in State, *ex rel.* William W. Vars, v. W. V. Knott, State Treasurer and Insurance Commissioner of the State of Florida, decided November 28, 1938.

The motion to quash the alternative writ is therefore granted on authority of the last cited case.

It is so ordered.

WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.